# UNITED STATES DISTRICT COURT OF
# THE NORTHERN DISTRICT OF NEW YORK

SUSAN HOFFMAN NAHL

    VS.

                                                          CIVIL NO. 1:12-CV-0585 (FJS/RFT)

**MURRAY FEISS IMPORT LLC,**
**GENERATION BRANDS LLC and**
**WOLBERG ELECTRICAL SUPPLY CO., INC.**

---

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

This Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel of record have also advised this Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2 (a), it is hereby

**ORDERED** that**:**

1) The above captioned case is hereby **DISMISSED**, in its entirety, **without prejudice** to re-opening, upon the motion of any party within sixty (60) days of the date of the filing of this order upon a showing that settlement was not consummated;

2) The dismissal of the above captioned case shall be considered **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty (60) days of the date of filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed

to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent"** in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve by electronic means copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

Dated: April 23, 2014  
      Syracuse, New York

_____  
Hon. Frederick J. Scullin, Jr.  
Senior United States District Judge